UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:20-cv-00008-FDW-DSC

| | |
|---|---|
| OLANDA SCOTT, ) | |
| Plaintiff, ) | |
| vs. ) | **ORDER** |
| ROBERT WILKIE, Secretary of ) Department of Veterans Affairs ) Agency, ) | |
| Defendant. ) | |

**THIS MATTER** is before the Court on review of the docket in this matter.

Plaintiff Olanda Scott ("Plaintiff") filed this Title VII employment discrimination action on January 6, 2020, naming as Defendant Robert Wilkie, identified as the Secretary of the Department of Veterans Affairs Agency. [Doc. 1]. After granting Plaintiff in forma pauperis status, the Court conducted initial review of Plaintiff's Complaint pursuant to 28 U.S.C. § 1915(e)(2). The Court found that Plaintiff failed to state claim upon which relief may be granted. [Doc. 3]. The Court allowed Plaintiff thirty (30) days from March 5, 2020 to amend his Complaint in accordance with the terms of the Court's Order. [Id.]. The Court advised Plaintiff that if he failed to timely file an amended Complaint, this action would be dismissed without prejudice and without further notice to Plaintiff. [Id.]. Plaintiff was granted a 30-day extension up to May 8, 2020 to file an amended Complaint. Plaintiff has failed to timely file an amended complaint. The Court will, therefore, dismiss this action without prejudice.

**IT IS, THEREFORE, ORDERED** that:

1. The Plaintiff's Complaint is dismissed [Doc. 1] without prejudice for failure to prosecute.

2. The Clerk is instructed to terminate this action.

Signed: May 27, 2020

Frank D. Whitney
Chief United States District Judge